UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
       v.                            )   3:13-CR-004-HDM-(WGC)
                                     )
ISIDORO GUEVARA-GARCIA,              )
                                     )
            Defendant.               )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 31, 2013, defendant ISIDORO GUEVARA-GARCIA pled guilty to Count One of a One-Count Indictment charging him with Possession of a Firearm by an Alien in violation of Title 18, United States Code, Section 922(g)(5). Indictment, ECF No. 1; Plea Agreement, ECF No. 31; Change of Plea, ECF No. 33.

This Court finds defendant ISIDORO GUEVARA-GARCIA agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. 31; Change of Plea, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and the offense to which defendant ISIDORO GUEVARA-GARCIA pled guilty.

. . .

C

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Smith and Wesson model SW40VE, .40 caliber handgun, bearing serial number DWF0167;
2. a Winchester Model 94 Classic, 30-30 caliber rifle, bearing serial number 3210483; and
3. any magazine and ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ISIDORO GUEVARA-GARCIA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>	Greg Addington
>	Assistant United States Attorney
>	100 West Liberty Street, Suite 600
>	Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 7th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE